IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KENNY F. EDMONSON**                                                                 **PETITIONER**

**VERSUS**                                                                 **CIVIL ACTION NO. 3:07-cv-306-TSL-JCS**

**MALCOLM MCMILLIN, Sheriff**                                              **RESPONDENT**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to exhaust available state court remedies.

SO ORDERED AND ADJUDGED, this the   18th   day of October, 2007.


                                                /s/Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE